```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 20419
   DEBORAH R BROWN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7618

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/26/2004 and was confirmed 08/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/09/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED           13250.00          2141.69     13250.00
AT & T WIRELESS           UNSECURED         NOT FILED             .00          .00
AT & T WIRELESS           NOTICE ONLY       NOT FILED             .00          .00
AT & T WIRELESS           UNSECURED         NOT FILED             .00          .00
AT & T WIRELESS           UNSECURED         NOT FILED             .00          .00
LARRY PICKENS             UNSECURED         NOT FILED             .00          .00
CERTEGY PAYMENT RECOVERY  UNSECURED         NOT FILED             .00          .00
STONY ISLAND FOODS        UNSECURED         NOT FILED             .00          .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED             .00          .00
CHECK N GO                FILED LATE          267.41              .00          .00
TELECHECK RECOVERY SERVI  UNSECURED         NOT FILED             .00          .00
ROUNDUP FUNDING LLC       UNSECURED            230.86             .00       230.86
COMCAST                   UNSECURED         NOT FILED             .00          .00
CROSS COUNTRY BANK        UNSECURED         NOT FILED             .00          .00
CAPITAL ONE BANK          UNSECURED         NOT FILED             .00          .00
CHICAGO MUNICIPAL EMPLOY  SECURED              290.63          358.02       290.63
LARRY PICKENS             NOTICE ONLY       NOT FILED             .00          .00
CHICAGO MUNICIPAL EMPLOY  SECURED              366.76             .00       366.76
CHICAGO MUNICIPAL EMPLOY  SECURED               78.83           61.72        78.83
WELLS FARGO FINANCIAL IN  UNSECURED           2869.60             .00      2869.60
STEFANS STEFANS & STEFAN  REIMBURSEMENT        154.00             .00       154.00
STEFANS STEFANS & STEFAN  DEBTOR ATTY        2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                         1,202.91
DEBTOR REFUND             REFUND                                            494.98

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                23,700.00

PRIORITY                                           154.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 20419 DEBORAH R BROWN

```
SECURED                                               13,986.22
    INTEREST                                           2,561.43
UNSECURED                                              3,100.46
ADMINISTRATIVE                                         2,200.00
TRUSTEE COMPENSATION                                   1,202.91
DEBTOR REFUND                                            494.98
                              ---------------    ---------------
TOTALS                             23,700.00          23,700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/28/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```